UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT BROWN, III, RAYMOND B. ROBINSON, JR., VICTOR LAGOMBRA, NORRIS DOUGLAS, EKILISANDRO TEIXEIRA, CRAIG C. NELSON, ANDERSON BUCKMIRE, RASHEED HALL, ANTHONY DINGLE-JONES, AND BATRON SULLIVAN, MICHAEL E. COOPER, HENRY M. CLAY, KARIM BLOUNT, SHAWN BROWN, TIMOTHY BROWN, TROY JOHNSON, JAMES COAKLEY, WILLIAM SHEFFIELD, ROBERT LEASTON, KASHIF BROWN, MARK HOLLAND, CHARLES CARBONE AND CRAIG C. NELSON, INDIVIDUALLY, AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED INDIVIDUALS,<br><br>PLAINTIFFS,<br><br>v.<br><br>CLOVER FAST FOOD, INC., d/b/a and a/k/a CLOVER FOOD LABS, AYR MUIR, MEGAN PILEGGI f/k/a MEGAN PEDERSON, and CHRIS ANDERSON<br><br>DEFENDANTS. | Civil Action No. 1:16-cv-10563-LTS |

## *[PROPOSED]* ORDER PRELIMINARILY APPROVING SETTLEMENT AND DISMISSING THE MATTER WITH PREJUDICE

Plaintiffs Robert Brown, III, Raymond B. Robinson, Jr., Victor Lagombra, Norris Douglas, Ekilisandro Teixeira, Craig C. Nelson, Anderson Buckmire, Rasheed Hall, Anthony Dingle-Jones, Batron Sullivan, Michael E. Cooper, Henry M. Clay, Karim Blount, Shawn Brown, Timothy Brown, Troy Johnson, James Coakley, William Sheffield, Robert Leaston, Kashif Brown, Mark Holland, Charles Carbone ("Plaintiffs") have settled their Complaint with

Defendants Clover Fast Food, Inc., d/b/a Clover Food Labs, Ayr Muir, Megan Pileggi, and Chris Anderson (collectively "Defendants" or "Clover") through a Confidential Settlement Agreement and Release and voluntarily dismisses their Complaint and all claims against the Defendants with prejudice.

The Parties have filed a motion seeking approval of their Settlement. The Court has reviewed this matter [pursuant to the representation of counsel for the Parties/*in camera*] and finds and order as follows:

The Parties have been effectively represented by experienced counsel throughout this litigation and have had the terms of the Confidential Settlement Agreement and Release fully explained and understood;

The Parties reached settlement after engaging in discovery and with the assistance of Magistrate Judge Judith Dein;

The Plaintiffs' claims in this matter are the subject of a bona fide dispute between the Parties;

The Confidential Settlement Agreement and Release requires, among other things, that all claims for wages, liquidated damages, attorney's fees, other alleged damages, and costs against the Defendants be settled and compromised;

The Parties jointly request that the Court dismiss all claims with prejudice;

Plaintiffs desire to compromise their claims; and

This Court has considered the Parties' representations concerning terms of the Confidential Settlement Agreement and Release, and determined that the terms are fair and reasonable and fairly compensates Plaintiffs.

NOW THEREFORE, it is hereby ORDERED that:

1. The Confidential Settlement Agreement and Release as represented to the Court by [counsel for the parties/submitted for *in camera* review] is APPROVED by this Court and shall be considered binding;

2. All claims are DISMISSED with PREJUDICE, this Order acting as a final adjudication thereon;

3. Neither this Order, the Confidential Settlement Agreement and Release, nor any act performed or document executed pursuant to or in furtherance of the resolution of this matter is or may be used as an admission or evidence of the validity of any claims, alleged wrongdoing, or liability of the defendant;

4. Each side is to bear its own attorneys' fees and costs.

5. The Clerk of Court is hereby directed to make the following docket entry: "The Parties' settlement is approved and judgment is entered dismissing the case. Each party to bear its own attorneys' fees and costs."

So ORDERED by the Court.

_____
Leo T. Sorokin
UNITED STATES DISTRICT JUDGE

Dated: _____